**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. HERNANDEZ, et al.<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, et al.<br><br>        Defendants.<br>_____ | Case No. EDCV 10-00593 VAP(FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 8, 2010

                                          VIRGINIA A. PHILLIPS<br>                                          United States District Judge